## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 139 MM 2018
:
Respondent  :
:
:
:
v.  :
:
:
:
DASHAWN L. SMITH,  :
:
Petitioner  :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 31st day of October, 2018, the Application for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Petitioner is DIRECTED to submit a Petition for Allowance of Appeal within 30 days.